IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **OTTO R. "RAY" ODERMOTT**, an individual, doing business as Odermott Alfalfa Seed Farms and Ray Odermott Farms;<br><br>Plaintiff,<br><br>vs.<br><br>**BERNARD D. SAUL**, an individual, doing business as Bernie Saul Alfalfa Seed Farms;<br><br>Defendant. | Case No. CIV-04-351-S-MHW<br><br>**FINAL ORDER AND JUDGMENT** |
| **BERNARD D. SAUL**, an individual, doing business as Bernie Saul Alfalfa Seed Farms;<br><br>Counterclaimant,<br><br>vs.<br><br>**OTTO R. "RAY" ODERMOTT**, an individual, doing business as Odermott Alfalfa Seed Farms and Ray Odermott Farms;<br><br>Counterdefendant. | |

**UPON CONSIDERATION** of the Stipulation for Entry of Final Order and Judgment (Docket No. 56), and the Court being satisfied that the same represents the free and voluntary agreement of the parties, and good cause appearing for the relief requested by said Stipulation,

FINAL ORDER AND JUDGMENT - 1

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS**:

(1) That the Plaintiff, Otto R. "Ray" Odermott, is declared and adjudged to be the sole and exclusive owner of the federal registered trademark known as "Tug of War" and as such is singularly entitled to all of the privileges and protections afforded to such ownership pursuant to Title 15, Chapter 22 of the UNITED STATES CODE; and

(2) That, pursuant to 15 U.S.C. § 1116(a), the Defendant, Bernard D. Saul, is hereby permanently and forever enjoined and restrained from the use of the federal registered trademark known as "Tug of War", or any trade name similar thereto, by himself personally and/or by an entity with which he is affiliated, subject to sanction and punishment for any such violation pursuant to Title 15, Chapter 22 of the UNITED STATES CODE, 18 U.S.C. § 402, and/or under the general contempt powers of this Court; and

(3) That the Defendant, Bernard D. Saul, is hereby ordered to immediately destroy all seed bags, leaflets, invoices, and other tangible materials in his possession, or in the possession of any entity with which he is affiliated, that reference the federal registered trademark known as "Tug of War", or any trade name similar thereto, subject to sanction and punishment for any such violation pursuant to Title 15, Chapter 22 of the UNITED STATES CODE, 18 U.S.C. § 402, and/or under the general contempt powers of this Court; and

(4) That the Defendant, Bernard D. Saul, including any entity with which he is affiliated, is hereby ordered to refrain from making any disparaging, negative or defamatory comments with reference to the federal registered trademark known as "Tug of War",

or any trade name similar thereto, and with reference to Plaintiff Otto R. "Ray" Odermott, or any entity with which Plaintiff is affiliated, and Defendant shall further refrain from portraying any of the foregoing in a false light, subject to sanction and punishment for any such violation pursuant to Title 15, Chapter 22 of the UNITED STATES CODE, 18 U.S.C. § 402, and/or under the general contempt powers of this Court; and

(5)  That the Defendant, Bernard D. Saul, have and receive **JUDGMENT** against the Plaintiff, Otto R. "Ray" Odermott, for the exact sum of **FOUR THOUSAND AND NO/100 DOLLARS ($4,000.00)**, said Judgment to accrue interest at the rate allowed by federal law from and after February 5, 2007; and

(6)  That all other claims and counterclaims brought and raised in this action by one party against the other party, and all claims and counterclaims that could have been brought or raised in this action by one party against the other party, are hereby **DISMISSED WITH PREJUDICE**; and

(7)  That each party to this action shall be personally responsible for the payment of that party's own court costs, litigation expenses and attorney fees incurred herein.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 26, 2007

Honorable Mikel H. Williams
United States Magistrate Judge

FINAL ORDER AND JUDGMENT - 3